AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Lawrence Butler, Lakeisha Darwish, and Jimi Che Sutton,
*Plaintiffs*

v.   Civil Action No.   0:17-02201-JMC

Fluor Corporation and Fluor Enterprises, Inc.,
*Defendants*

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: summary judgment is entered for the defendants against the plaintiffs and this case is dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The court having granted the defendants' motion for summary judgment.

Date:   January 6, 2021

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*