FILED: January 5, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1141 (L)
(0:17-cv-02094-JMC)

_____

HARRY PENNINGTON, III; TIMOTHY LORENTZ, on behalf of themselves
and all others similarly situated

        Plaintiffs - Appellants

v.

FLUOR CORPORATION; FLUOR ENTERPRISES, INC.; SCANA
CORPORATION; FLUOR DANIEL MAINTENANCE SERVICES, INC.;
SOUTH CAROLINA ELECTRIC & GAS COMPANY

        Defendants - Appellees

----------------------------------

ASSOCIATED BUILDERS AND CONTRACTORS, INC.; ASSOCIATED
GENERAL CONTRACTORS OF AMERICA, INC.; SOUTH CAROLINA
CHAMBER OF COMMERCE; CHAMBER OF COMMERCE OF THE
UNITED STATES OF AMERICA

        Amici Supporting Appellees

_____

No. 21-1143
(0:17-cv-02201-JMC)

_____

LAWRENCE BUTLER; LAKEISHA DARWISH; JIMI CHE SUTTON

       Plaintiffs - Appellants

v.

FLUOR CORPORATION; FLUOR ENTERPRISES, INC.

       Defendants - Appellees

------------------------------

ASSOCIATED BUILDERS AND CONTRACTORS, INC.; ASSOCIATED
GENERAL CONTRACTORS OF AMERICA, INC.; SOUTH CAROLINA
CHAMBER OF COMMERCE; CHAMBER OF COMMERCE OF THE
UNITED STATES OF AMERICA

       Amici Supporting Appellees

_____

# M A N D A T E
_____

The judgment of this court, entered November 30, 2021, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*